**Order entered January 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00903-CV

**EVAN LANE (VAN) SHAW, Appellant/Cross-Appellee**

**V.**

**D. BRENT LEMON, Appellee/Cross-Appellant**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 07-01451**

## ORDER

The Court has before it appellee/cross-appellant's January 7, 2013 second unopposed motion for twenty-one (21) day extension of time to file his brief. The Court **GRANTS** the motion and **ORDERS** appellee/cross-appellant to file his brief by February 5, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/      ELIZABETH LANG-MIERS
JUSTICE